

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00859-CV

Maria **VALDEZ**,
Appellant

v.

**THE MCCLENAHAN LAW FIRM** and The J. Guerra Law Firm,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-01421
Honorable Richard Price, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's memorandum opinion of this date, appellant's motion to dismiss this appeal is GRANTED, and this appeal is DISMISSED. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against appellant. *See id.* 42.1(d).

SIGNED February 28, 2018.

_____
Karen Angelini, Justice